UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

P-SEND

Case No:  CR-03-687-RGK
          CR 03-689-RGK

Date: July 22, 2004

========================================================================

PRESENT: THE HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

| Sharon L. Williams | Not Reported | Jennifer Corbet |
| Deputy Clerk | Court Reporter | Kevin Rosenberg |
| | | Asst. U.S. Attorney (Not Present) |

INTERPRETER: None

========================================================================

U.S.A. vs (Dfts listed below)                Attorneys for Defendants

**CR 03-687-RGK:**

1) Juan Emanuel Lococo            1) Darlene Ricker
   Not Present/Custody               Not Present/Appointed

2) Charlotte Venia Jackson        1) Philip Deitch
   Not Present/Custody               Not Present/Appointed

**CR 03-689-RGK:**

1) John D. Edwards                1) Ken Bezadhi
   Not Present/Custody               Not Present/Appointed

2) Juan Emanuel Lococo            2) Darlene Ricker
   Not Present/Custody               Not Present/Appointed

3) Charlotte Venia Jackson        3) Philip Deitch
   Not Present/Custody               Not Present/Appointed

**PROCEEDINGS:  (IN CHAMBERS)    NOTICE TO ALL PARTIES AND ORDER**

The Court hereby sets a status conference for Monday, **July 26, 2004 at 1:30 p.m.**

The Court will address (1) defendant Lococo's request to relieve attorney Ricker; and (2) attorney Ricker and Deitch's request for no trial on August 5, 2004 due to calendar conflicts.

In consideration of the above requests, the Court will consider a continuation of the trial to either August 17, 2004 or August 24, 2004 at 9:00 a.m.

**IT IS SO ORDERED.**

cc:  PSA   USPO



ENTER ON ICMS
JUL 2 3 2004
Initials of Deputy Clerk slw

MINUTES FORM
CRIMINAL