UNITED STATES DISTRICT COURT                    P-SEND
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No:   CR 03-687-RGK                        Date: August 25, 2004

PRESENT: HONORABLE R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

|  |  | Jennifer Corbet |
|---|---|---|
| Sharon L. Williams | Lynne Smith | Kevin Rosenberg |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

INTERPRETER: N/A

| U.S.A. vs (Dfts listed below) | Attorneys for Defendants |
|---|---|
| 1) **Juan Emanuel Lococo** | 1) Darlene Ricker |
| Present/Custody | Present/Appointed |

PROCEEDINGS:    **CHANGE OF PLEA**

_X_    Defendant moves to change plea to the Indictment.
       ORDER Motion granted.

_X_    Defendant sworn.

_X_    Defendant enters new and different plea of GUILTY to
       Count One.

_X_    The Court questions the defendant regarding plea of GUILTY
       and FINDS that a factual basis has been laid and further
       FINDS the plea is knowledgeable and voluntarily made. The
       Court ORDERS the plea accepted and entered.

_X_    The Court refers the defendant to the Probation Office for
       investigation and report and the matter is continued to **January 24, 2005 at
       1:30 p.m. for sentencing.** Defendant ORDERED to return at this time.

cc:   PSA
      USPO



ENTER ON ICMS
AUG 26 2004

MINUTES FORM 6                                  Initials of Deputy Clerk
CRIM - GEN