P-SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CR 03-687-RGK<br>CR 03-689-RGK | Date  July 7, 2005 |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

Interpreter   N/A

| Sharon L. Williams | Lynne Smith | Jennifer Corbet/Kevin Rosenberg |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JUAN EMANUEL LOCOCO | X | X | | Darlene Ricker, Panel | X | | X |

**Proceedings:**   SENTENCING

Court and counsel confer. The issue of quantity shall be determined by the Court, pursuant to the plea agreement. Counsel present argument, witness is called, sworn and testifies. Exhibits are admitted.

Court proceeds with sentencing as follows:

It is ordered that the defendant shall pay to the United States a special assessment of $200.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine.

The Court recommends that the Bureau of Prisons conduct a mental health evaluation of the defendant and provide all necessary treatment.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Juan Emanuel Lococo, is hereby committed on Count 1 of the Indictment under Docket No. 03-00687 and Count 1 of the Indictment under Docket No. 03-00689 to the custody of the Bureau of Prisons to be imprisoned for a term of **TWO HUNDRED SIXTY-TWO (262) months.**

This term consists of 262 months on each of Count 1 of the Indictment under Docket No. 03-00687 and Count 1 of the Indictment under Docket No. 03-00689, to be served concurrently.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years. This term consists of five years on each of Count 1 of the Indictment under Docket No. 03-00687 and Count 1 of the Indictment under Docket No. 03-00689, to be served concurrently, under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318;

P-SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

2. The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, using alcohol, and abusing prescription medications during the period of supervision;

3. During the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the defendant shall reside in the treatment program until discharged by the Program Director and Probation Officer;

4. The defendant shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the treatment by the treatment provider, with the approval of the Probation Officer;

5. As directed by the Probation Officer, the defendant shall pay all or part of the costs for treating the defendant's drug and alcohol dependency and psychiatric disorder to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672. The defendant shall provide payment and proof of payment as directed by the Probation Officer;

6. The defendant shall cooperate in the collection of a DNA sample; and

7. The defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification in any name, other than the defendant's true legal name, without the prior written approval of the Probation Officer; nor shall the defendant use, for any purpose or in any manner, any name other than his true legal name.

Counsel for the government moves to dismiss all remaining counts under Docket No. 03-00687 and 03-00689. Motion granted.

Defendant is informed of his right to appeal.

The Court recommends the defendant be designated to a Bureau of Prisons facility in Southern California. The Court also recommends the defendant be placed in a drug treatment program through the Bureau of Prisons.

**IT IS SO ORDERED.**

: 30

Initials of Deputy Clerk /stw

cc: USPO
PSA-LA
USM-LA
FISCAL