SCAN ONLY, CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

SCANNED

| Case No. | CR 03-687-RGK ✓ <br> CR 03-689-RGK | Date | April 28, 2006 |
|---|---|---|---|

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

Interpreter   None

| Sharon L. Williams | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JUAN E. LOCOCO | N | X* | | | | | |
| * (BOP Custody) | | | | | | | |

**Proceedings:** **(IN CHAMBERS) ORDER**

The Court is in receipt of defendant Lococo's letter, filed on April 17, 2006. The document bearing bates number 4244 (transcription of the Federal Bureau of Investigation's investigation of July 1, 2003), shall be copied for retention in the Court's file. The original shall be returned to the defendant by U.S. Mail to the address provided in his letter.

**IT IS SO ORDERED.**

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ DEFENDANT ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

DATED   04.28.06

DEPUTY CLERK

Initials of Deputy Clerk   slw

DOCKETED ON CM
MAY _ 8 2006
BY _____ 171

cc: