# EXHIBIT B

DECLARATION OF KEVIN S. ROSENBERG

I, Kevin S. Rosenberg, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the case of <u>United States of America v. Anthony Lamont Deal, et al.</u>, CR 03-687-RGK and <u>United States of America v. John D. Edwards, et al.</u>, CR 03-689-RGK.

2. Attached to this declaration are copies of Drug Enforcement Administration and Los Angeles County Sheriff's Department, Scientific Services Bureau laboratory reports for narcotics seized and obtained as part of these cases. Based on my conversations with the forensic chemists who performed the analysis identified in each report, I believe these laboratory reports truly and accurately reflect the result of the forensic analysis performed as detailed in each report.

3. Also attached to this declaration is a summary chart based on the attached laboratory reports and other case materials which identifies the quantities of narcotics seized in this case. I believe this chart truly and accurately summarizes the information that it reports.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 5th day of July 2005, at Los Angeles, California.

_____
KEVIN S. ROSENBERG

**U.S. Department of Justice**
**Drug Enforcement Administration**

S85713 A

REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3 G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase ☒ Seizure ☐ Free Sample ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) ☐ Internal Body Carry ☐ Other (Specify) | | | 166E-LA-228163 | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE PUEBLO BISHOPS STREET GANG; |
|---|---|---|
| Los Angeles, CA | 10/30/2002 | ITAR - VCMO; OO:LOS ANGELES |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| FBI | ☒ Case No OR ☐ Seizure No No. 166E-LA-228163 | 05/28/2003 | |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 21 | | cocaine | 7 bags containing substance resembling cocaine; | | 402.50 grams (packaged weight) | |
| | | cocaine | 1 container enclosing a net weight of approx. 0.08 grams of powder containing cocaine; | | | |
| | | cocaine | 1 sandwich bag containing a substance resembling cocaine base. | | | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (included above) ☐ YES (If Yes, enter exhibit no. and describe original container fully)
REMARKS:

17. SUBMITTED BY SPECIAL AGENT (Signature) SA ERIC A. MAYO
18. APPROVED BY (Signature & Title) LESLIE GARDNER, Supervisory Special Agent

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 HSEE | FX 923164489676 | |
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date) 5-30-03 | 24. Print or Type NAME and TITLE Lynn Perez, BT |

167308

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

Ex. #21

| | A | B | C |
|---|---|---|---|
| Gross Wt.: | | 401.6 gm | |
| Net Wt.: | 165.5 gm | 0.056 gm | 13.5 gm |
| Contains: | Cocaine base Procaine base | Cocaine HCl Procaine HCl | Cocaine base Procaine base |

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 21A | 167308 | Cocaine base | 64 | % | | 105.9 gm | 165.3 g |
| 21B | 167308 | Cocaine HCl | N/A | | | | 0.042 g |
| 21C | 167308 | Cocaine base | 66 | % | | 8.9 gm | 13.2 gm |

| 34. ANALYST (Signature) Harry F. Skinner | 35. TITLE Forensic Chemist | 36. DATE COMPLETED 07/14/03 |
|---|---|---|
| 37. APPROVED BY (Signature & Date) William F. Phillips 7-28-03 | 38. TITLE Laboratory Director | 39. LAB. LOCATION |

DEA Form - 7
(Sept. 1995)

Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecuti

4032

**U.S. Department of Justice**
**Drug Enforcement Administration**

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase ☒ Seizure ☐ Free Sample ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) ☐ Internal Body Carry ☐ Other (Specify) | | | 166E-LA-228163 | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE PUEBLO BISHOPS STREET GANG; ITAR – VCMO; OO:LOS ANGELES |
|---|---|---|
| Los Angeles, CA | 10/30/2002 | |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO |
|---|---|---|---|
| FBI | ☒ Case No. OR ☐ Seizure No. No. 166E-LA-228163 | 05/28/2003 | |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 22 | | cocaine | 1 block of a compressed crystalline substance resembling cocaine | | 2.75 lbs. (packaged weight) | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (included above) ☐ YES (if Yes, enter exhibit no. and describe original container fully)
REMARKS:

17. SUBMITTED BY SPECIAL AGENT (Signature) SA ERIC A. MAYO
18. APPROVED BY (Signature & Title) LESLIE GARDNER, Supervisory Special Agent

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 HSEE | FX 8231 6449 9676 | |
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date) Kristi Froetsch 5-30-03 | 24. Print or Type NAME and TITLE KRISTIN FROETSCHER, E.T. |

### LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS         167303

Ex. #22

Gross Wt.: 1111 gm
Net Wt.: 993.0 gm
Contains: Cocaine HCl
Procaine HCl

| 26. Exhibit No. | 27. Lab No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 22 | 167303 | Cocaine HCl | 78 | % | | 774.5 gm | 992.2 gm |

| 34. ANALYST (Signature) Harry G. Skinner | 35. TITLE Forensic Chemist | 36. DATE COMPLETED 06/13/03 |
|---|---|---|
| 37. APPROVED BY (Signature & Date) William F. Phillips | 38. TITLE Laboratory Director | 39. LAB. LOCATION Vista, CA |

DEA Form - 7 (Sept. 1995)    Previous edition dated 4/90 may be used until stock is exhausted.    JUN 18 2003 Prosecuti

403

S50089    S50090

**U.S. Department of Justice**
**Drug Enforcement Administration**

REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

1. HOW OBTAINED (Check): ☒ Purchase ☐ ___ ☐ Free Sample
☐ Lab Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal)
☐ Internal Body Carry ☐ Other (Specify)

10a. FILE NO: 166E-LA-228163
10b. PROGRAM CODE: ___

3. WHERE OBTAINED (City, State/Country): Los Angeles, CA
4a. DATE OBTAINED: 12-3-02
5. FILE TITLE: PUEBLO BISHOPS STREET GANG
ITAR-VCMO
OO:LA

6a. REFERRING AGENCY (Name): FBI
6b. REFERRAL: ___
DATE PREPARED: 12-4-02

| Exh. No | FDIN (10 characters) | ALLEGED DRUGS | MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | Purchase Cost |
|---|---|---|---|---|---|---|
| 13 | | Cocaine | A clear plastic bag cont. a white substance wrapped in plastic contained in a brown paper sack | 2lbs. 3.8oz | 2lbs. 5oz | $14,___ |
| 14 | | Crack Cocaine | A clear plastic bag containing a white rock like substance | .02 gg | 24.52 gg | -0- |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (included above) ☐ YES
REMARKS:

SUBMITTED BY SPECIAL AGENT (Signature): bert E. King
18. APPROVED BY (Signature & Title): SSA Leslie Gardner

**LABORATORY EVIDENCE RECEIPT REPORT**

19. NO. PACKAGES: 2
20. RECEIVED FROM (Signature & Date): 1YE231645 00364
21. Print or Type NAME and TITLE
22. SEAL: ☐ Broken ☒ Unbroken
23. RECEIVED BY (Signature & Date): 12/5/02
24. Print or Type NAME and TITLE: REDDING

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

1631
1631

Ex. #13
Gross Wt.: 1047 gm
Net Wt.: 991.5 gm
Contains: Cocaine HCl
Procaine HCl

Ex. #14
24.9 gm
0.13 gm
Cocaine base
Procaine base

Fingerprint evidence forwarded to FBI for fingerprint exam. (Ex. #13)

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| 13 | 163105 | Cocaine HCl | 83 | % | — | 822.9 gm | 991.0 gm |
| 14 | 163106 | Cocaine base | 75 | % | — | 0.098 gm | 0.072 gm |

ANALYST (Signature): darry F. Skinner
35. TITLE: Forensic Chemist
36. DATE COMPLETED: 12/31/02

37. APPROVED BY (Signature & Date): William F. Phillips  1-10-03
38. TITLE: Laboratory Director
39. LAB. LOCATION: National City, CA

DEA Form — 7

**U.S. Department of Justice**
**Drug Enforcement Administration**

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|---|
| ☐ Purchase | ☒ Seizure | ☐ Free Sample | | 066E-LA-228163 | | |
| ☐ Lab Seizure | ☐ Money Flashed | ☐ Compliance Sample (Non-Criminal) | | | | |
| ☐ Internal Body Carry | ☐ Other (Specify) | | | | | |

| 4. WHERE OBTAINED (City, State/Country) | 4a. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Angeles, CA | 12-4-02 | PUEBLO BISHOPS STREET GAN ITAR-VCMO |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|---|
| FBI | Case No. OR ☐  Seizure No. ☐ | | 12-5-02 | |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Narrative) | 13. APPROX. GROSS QUANTITY | 14. APPROX. NET QUANTITY | 15. PURITY |
|---|---|---|---|---|---|---|
| 15 | | Crack Cocaine | A clear plastic bag cont. two pieces of plastic wrap each cont. a rock-like substance. | .4 gg | 4C.gg | N/A |
| 16 | | | A clear plastic bag cont. a white rock-like substance | .02 gg | 34.gg | N/A |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?   ☒ NO (included above)   ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| Robert E. King | SSA Leslie Gardner |

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| (2) HSEE | FX 8231 6449 9091 | |
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date)   12-13-02 | 24. Print or Type NAME and TITLE   KRISTIN FROETSCHER, F.T. |

### LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

163334
163335

| | Ex. 15 | Ex. 16 |
|---|---|---|
| Gross Wt.: | 38.0 gm | 31.3 gm |
| Net Wt.: | 4.6 gm | 0.027 gm |
| Contains: | Cocaine base | Cocaine base |
| | Procaine base | Procaine base |
| | Sodium bicarbonate | |

Fingerprint evidence forwarded to FBI for fingerprint exam. (Ex. #15, 16)

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| 15 | 163334 | Cocaine base | 65 | % | — | 3.0 gm | 4.2 g |
| 16 | 163335 | Cocaine base | N/A | — | — | — | 0.019 |

| 34. ANALYST (Signature)   Ty F. Skinner | 35. TITLE   Forensic Chemist | 36. DATE COMPLETED   12/31/02 |
|---|---|---|
| 37. APPROVED BY (Signature & Date)   William F. Phillips   1-10-03 | 38. TITLE   Laboratory Director | 39. LAB. LOCATION   National City, |

DEA Form - 7 (Sept. 1995)   Previous edition dated 4/90 may be used until stock is exhausted.   4- Hqs. File (P)

S85715A

**U.S. Department of Justice**
**Drug Enforcement Administration**

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|
| ☐ Purchase ☒ Seizure ☐ Free Sample ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) ☐ Internal Body Carry ☐ Other (Specify) | | 166E-LA-228163 | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE PUEBLO BISHOPS STREET GANG; |
|---|---|---|
| Los Angeles, CA | 10/30/2002 | ITAR - VCMO; OO:LOS ANGELES |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO |
|---|---|---|---|
| FBI | ☒ Case No. OR ☐ Seizure No. No. 166E-LA-228163 | 05/28/2003 | |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 23 | | cocaine | 1 envelope containing 11 baggies of an off-white substance resembling cocaine; | | 107.50 grams (packaged weight) | |
| | | cocaine | 1 envelope containing 1 baggie of an off-white substance resembling cocaine; | | | |
| | | cocaine | 1 envelope containing 1 baggie containing 2 chunks of an off-white solid substance resembling cocaine. | | | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ? ☒ NO (included above) ☐ YES (if Yes, enter exhibit no. and describe original container fully)
REMARKS:

| 17. SUBMITTED BY SPECIAL AGENT (Signature) SA ERIC A. MAYO | 18. APPROVED BY (Signature & Title) LESLIE GARDNER, Supervisory Special Agent |
|---|---|

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES (1) HSEE | 20. RECEIVED FROM (Signature & Date) FAX 8231104491676 | 21. Print or Type NAME and TITLE |
|---|---|---|
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date) Orlynn Perez 5-30-03 | 24. Print or Type NAME and TITLE Orlynn Perez, FT |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

167309

Ex. #23

| | A | B | C |
|---|---|---|---|
| Gross Wt.: | | 107.5 gm | |
| Net Wt.: | 14.1 gm | 0.78 gm | 6.1 gm |
| Contains: | Cocaine base | Cocaine base | Cocaine base |
| | Procaine base | | Sodium bicarbonate |
| | Sodium bicarbonate | | |

| 26. Exhibit No. | 27. Lab. No | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 23A | 167309 | Cocaine base | 73 | % | — | 10.3 gm | 13.9 gm |
| 23B | 167309 | Cocaine base | 72 | % | — | 0.56 gm | 0.55 gm |
| 23C | 167309 | Cocaine base | 73 | % | — | 4.5 gm | 6.0 gm |

| 35. ANALYST (Signature) Barry F. Skinner | 36. TITLE Forensic Chemist | 36. DATE COMPLETED 07/14/03 |
|---|---|---|
| 37. APPROVED BY (Signature & Date) William F. [illegible] 7-25-03 | 38. TITLE Laboratory Director | 39. LAB. LOCATION Vista, CA |

DEA Form - 7 (Sept 1995)  Previous edition dated 4/90 may be used until stock is exhausted  JUL 30 2003  1 - Prosecution

403

01-16-2003 16:33 FROM:SOUTH___T LABORATORY TSOFSTTSE-                              F:5 5

S85710 A

**U.S. Department of Justice**
**Drug Enforcement Administration**

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

1. HOW OBTAINED (Check): ☐ Purchase  ☒ Seizure  ☐ Free Sample
   ☐ Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal)
   ☐ Internal Body Carry  ☐ Other (Specify)

2a. FILE NO: 166E-LA-226163
2b. PROGRAM CODE:
3. G-DEP ID:

4a. WHERE OBTAINED (City, State/Country): Los Angeles, CA.
4b. DATE OBTAINED: 1/28/C3
5. FILE TITLE: Pueblo Bishops CO:LA

6a. REFERRING AGENCY (Name): FBI
6b. REFERRAL
7. DATE PREPARED: 5/25/03

| 9 Exhibit No. | 10 FDIN (10 characters) | 11 ALLEGED DRUGS | 12 MARKS OR LABELS (Describe fully) | APPROX GROSS QUANTITY | | 15 Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13 Seized | 14 Submitted | |
| 60 | | Cocaine base | clear plastic bag containing a white rock-like substance believed to be cocaine base, plastic and a pill bottle | 23.6gg | 54.0gg | N/A |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (included above) ☐ YES
REMARKS:

17. SUBMITTED BY SPECIAL AGENT (Signature)    18. APPROVED BY (Signature & Title)

**LABORATORY EVIDENCE RECEIPT REPORT**

19. NO. PACKAGES: 1 HSEE
20. RECEIVED FROM (Signature & Date): FX 8231 6449 9676
21. Print or Type NAME and TITLE:
22. SEAL: ☐ Broken ☒ Unbroken
23. RECEIVED BY (Signature & Date): 5-30-03
24. Print or Type NAME and TITLE: KRISTIN FROETSCHER, E.T.

**LABORATORY REPORT**  167306

25. ANALYSIS SUMMARY AND REMARKS

Ex. #60

| | A | B | C |
|---|---|---|---|
| Gross Wt.: | | 86.1 gm | |
| Net Wt.: | 6.0 gm | 2.6 gm | 0.055 gm |
| Contains: | Cocaine Base | Cocaine Base | Cocaine Base |
| | Procaine Base | Procaine Base | Procaine Base |

Fingerprint evidence forwarded to FBI for fingerprint exam.

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 60A | 167306 | Cocaine Base | 71 | % | — | 4.3 gm | 4.7 gm |
| 60B | 167306 | Cocaine Base | 77 | % | — | 2.0 gm | 2.1 gm |
| 60C | 167306 | Cocaine Base | N/A | — | — | | 0.032 g |

34. ANALYST (Signature): Kris F. Skinner
35. TITLE: Forensic Chemist
36. DATE COMPLETED: 06/13/03

37. APPROVED BY (Signature & Date): William F. Phillips  9/16/03
38. TITLE: Laboratory Director
39. LAB. LOCATION: Vista, CA

DEA Form 7



# LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
## SCIENTIFIC SERVICES BUREAU
## LABORATORY REPORT

**NARCOTICS SECTION**
7717 Golondrinas Street
Downey, California 90242
(562) 940-0358
(562) 940-0317 FAX

Agency: Inglewood P.D.
File Number: **03-0730173**
Report Date: March 31, 2003

Lab Receipt: **J293070**
Subject: **JEFFERSON, MICHAEL**

On or about the above date, I examined the item(s) submitted under this laboratory receipt number and formed the following opinion:

**One container enclosed a net weight of approximately 3.24 grams of solid substance containing cocaine (in the base form).**

I replaced the remaining items into the original outer container and sealed it for return to the submitting agency.

Analyst: _Steven Phillips_     Date: 3-31-03
Steven Phillips, Senior Criminalist

JUN-13-2003 13:08  FROM:SOUTHWEST LABORATORY 7505777894                    TO:8135998471

**U.S. Department of Justice**
**Drug Enforcement Administration**

S76366

REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check): | | | | 2a. FILE NO | 2b. PROGRAM CODE | 3. G- |
|---|---|---|---|---|---|---|
| ☒ Purchase | ☐ Seizure | ☐ Free Sample | | 1G5E-LA-228163 | | |
| ☐ Lab. Seizure | ☐ Money Flashed | ☐ Compliance Sample (Non-Criminal) | | | | |
| ☐ Internal Body Carry | ☐ Other (Specify) | | | | | |

| 4a. WHERE OBTAINED (City, State/Country): | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Los Angeles, California | 4/9/2003 | PUEBLO BISHOPS / 1TAR-VCMU  UC-LA |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO |
|---|---|---|---|
| FBI | ☐ Case No OR ☐ Seizure No | 4/10/2003 | |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. P |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 45 | | cocaine base | clear plastic wrap containing several pieces of white rock-like substances believed to be cocaine base | 56.8gg | 91.0gg | 51.0 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?  ☒ NO (included above)  ☐ YES (if Yes, enter exhibit no and original container fully)
REMARKS:

17. SUBMITTED BY SPECIAL AGENT (Signature)  Robert E. King
18. APPROVED BY (Signature & Title)  SSA [signature] SSA, FBI

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO./PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1/SEE | FX 6277 07/9 0773 | |
| 22. SEAL ☐ Brown ☒ Unbroken | 23. RECEIVED BY (Signature & Date) 4-14-04 | 24. Print or Type NAME and TITLE BURGESON, FB |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS                                        16623

Ex. #45

Gross Wt.:   88.7 gm
Net Wt.:    53.5 gm
Contains:   Cocaine base
            Procaine base

Fingerprint evidence forwarded to FBI for fingerprint exam.

| 26. Exhibit No. | 27. Lab. No | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 45 | 166231 | Cocaine base | 62 | % | — | 33.2 gm | 51. |

34. ANALYST (Signature)  Harry F. Skinner
35. TITLE  Forensic Chemist
36. DATE COMPLETED  05/20/03
37. APPROVED BY (Signature & Date)
38. TITLE
39. LAB. LOCATION

**U.S. Department of Justice**
**Drug Enforcement Administration**

TG5709   TO5710

REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

1. HOW OBTAINED (Check): ☐ Purchase  ☒ Seizure  ☐ Free Sample
   ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal)
   ☐ Internal Body Carry  ☐ Other (Specify)

2a. FILE NO.: 166E-LA-228163
2b. PROGRAM CODE:
3. G-DEP ID:

4a. WHERE OBTAINED: Los Angeles, CA/U.S.A.
4b. DATE OBTAINED: 06/26/2003
5. FILE TITLE: PUEBLO BISHOPS STREET GANG; ITAR - VCMO; OO:LOS ANGELES

6a. REFERRING AGENCY: FBI
6b. REFERRAL: ☒ Case No. OR ☐ Seizure No.  No. 166E-LA-228163
7. DATE PREPARED: 08/07/2003
8. GROUP NO.:

| 9. Exhibit No. | 10. FDIN | 11. ALLEGED DRUGS | 12. MARKS OR LABELS | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 113 | | Cocaine | One (1) black plastic bag containing approx. 111 grams of an off-white, rock-like substance, one (1) white plastic bag containing approx. 537 grams of an off-white, rock-like substance, and one (1) black plastic bag containing approx. 388 grams of an off-white, rock-like substance. | | 1017.1 grams | |
| 123 | | Cocaine | An off-white, rock-like substance with packaging. | | 79.0 grams | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (Included above) ☐ YES
REMARKS:

17. SUBMITTED BY SPECIAL AGENT (Signature): SA ERIC MAYO
18. APPROVED BY (Signature & Title): SSA LESLIE GARDNER

**LABORATORY EVIDENCE RECEIPT REPORT**

19. NO. PACKAGES: 1 BOX + 1 HSEE
20. RECEIVED FROM (Signature & Date): FX 8431 3867 0313
21. Print or Type NAME and TITLE:
22. SEAL: ☐ Broken ☒ Unbroken
23. RECEIVED BY (Signature & Date): 9-16-03
24. Print or Type NAME and TITLE: BURLESON, GT

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS:

Ex. #113                                    Ex. #123                         169663
                                                                              169665
Gross Wt.: 1034 gm                          74.6 gm
Net Wt.: 611.5 gm                           0.23 gm
Contains: Cocaine base and                  Cocaine base and
         procaine                           procaine

Fingerprint evidence forwarded to FBI for fingerprint exam. (Ex. #113 & 123)

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT | 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| 113 | 169663 | Cocaine base | 62 | % | — | 379.1 gm | 609.5 gm |
| 123 | 169665 | Cocaine base | 81 | % | — | 0.19 gm | 0.11 gm |

34. ANALYST (Signature): Daniel M. Roesch
35. TITLE: Forensic Chemist
36. DATE COMPLETED: 10/15/03
37. APPROVED BY (Signature & Date): William F. Phillips  10-22-03
38. TITLE: Laboratory Director
39. LAB. LOCATION: Vista, CA

DEA Form - 7 (Sept. 1995)           OCT 31 2003   4 - Hqs. File (PINK)

G04157

T06454   T06455  T12578

**U.S. Department of Justice**
**Drug Enforcement Administration**

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase  ☒ Seizure  ☐ Free Sample  ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal)  ☐ Internal Body Carry  ☐ Other (Specify) | | | 166E-LA-228163 | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Los Angeles, CA/U.S.A. | 06/26/2003 | PUEBLO BISHOPS STREET GANG; ITAR - VCMO; OO:LOS ANGELES |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO |
|---|---|---|---|
| FBI | ☒ Case No. OR ☐ Seizure No  No. 166E-LA-228163 | 08/07/2003 | |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 144 | | Cocaine | One (1) rectangular brick of a white, powdery substance wrapped in plastic. | | 1084.0 grams | |
| 146 | | Cocaine | Two (2) plastic bags containing a white, powdery substance. | | 349.6 grams | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?  ☒ NO (included above)  ☐ YES (If yes, enter exhibit no. and describe original container fully)
REMARKS:

17. SUBMITTED BY SPECIAL AGENT (Signature)  SA ERIC MAYO
18. APPROVED BY (Signature & Title)  SSA LESLIE GARDNER

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 2 | FY8431386721 | |
| 22. SEAL  ☐ Broken  ☒ Unbroken | 23. RECEIVED BY (Signature & Date)  9/22/03 | 24. Print or Type NAME and TITLE  EBOSDING |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

|  | Ex. #144 | Ex. #146 | |
|---|---|---|---|
| | | A | B |
| Gross Wt.: | 1087 gm | 349.4 gm | |
| Net Wt.: | 995.2 gm | 249.5 gm | 22.1 gm |
| Contains: | Cocaine HCL  Procaine HCl | Cocaine HCl  Procaine HCl | Cocaine base  Procaine (salt undetermined) |

169805
169806

Fingerprint evidence forwarded to FBI for fingerprint exam. (Ex. #144, 146A, 146B)

| 26. Exhibit No. | 27. Lab. No | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 144 | 169805 | Cocaine HCl | 81 | % | — | 806.1 gm | 994.5 gm |
| 146A | 169806 | Cocaine HCl | 76 | % | — | 189.6 gm | 249.1 gm |
| 146B | 169806 | Cocaine base | 78 | % | — | 17.2 gm | 21.8 gm |

| 34. ANALYST (Signature)  Daniel M. Roesch | 35. TITLE  Forensic Chemist | 36. DATE COMPLETED  10/23/03 |
|---|---|---|
| 37. APPROVED BY (Signature & Date)  William F. Phillips  1-12-02 | 38. TITLE  Laboratory Director | 39. LAB. LOCATION  Vista, CA |

DEA Form - 7 (Sept. 1995)   Previous edition dated 4/90 may be used until stock is exhausted.   4 - Hqs. File (PINK)

NOV 12 2003

004158

**U.S. Department of Justice**
**Drug Enforcement Administration**

T06451　　T06452　　T06453

REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|
| ☐ Purchase ☒ Seizure ☐ Free Sample ☐ Lab Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) ☐ Internal Body Carry ☐ Other (Specify) | | 166E-LA-228163 | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Los Angeles, CA/U.S.A. | 06/26/2003 | PUEBLO BISHOPS STREET GANG; ITAR – VCMO; OO:LOS ANGELES |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| FBI | ☒ Case No. OR ☐ Seizure No. 166E-LA-228163 | 08/07/2003 | |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 140 | | Cocaine | One (1) rectangular brick of a white, powdery substance wrapped in plastic. | | 1091.50 grams | |
| 141 | | Cocaine | One (1) rectangular brick of a white, powdery substance wrapped in plastic. | | 1082.10 grams | |
| 142 | | Cocaine | One (1) rectangualar brick of a white, powdery substance wrapped in plastic. | | 1082.40 grams | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?  ☒ NO (included above)  ☐ YES (If Yes, enter exhibit no. and describe original container fully)
REMARKS

| 17. SUBMITTED BY SPECIAL AGENT (Signature) SA ERIC MAYO | 18. APPROVED BY (Signature & Title) SSA LESLIE GARDNER |
|---|---|

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 3 | FX 843138672143 | |
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date) 9/22/03 | 24. Print or Type NAME and TITLE |

25. ANALYSIS SUMMARY AND REMARKS

**LABORATORY REPORT**

|  | Ex. #140 | Ex. #141 | Ex. #142 | 169802 169803 169804 |
|---|---|---|---|---|
| Gross Wt.: | 1093 gm | 1083 gm | 1083 gm | |
| Net Wt.: | 1004 gm | 996.9 gm | 999.9 gm | |
| Contains: | Cocaine HCl Procaine HCl | Cocaine HCl Procaine HCl | Cocaine HCl Procaine HCl | |

Fingerpritn evidence forwarded to FBI for fingerprint exam. (Ex. #140,141,142)

| 26. Exhibit No. | 27. Lab No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 140 | 169802 | Cocaine HCl | 74 | % | — | 743.0 gm | 1003 gm |
| 141 | 169803 | Cociane HCl | 72 | % | — | 717.8 gm | 996.7 gm |
| 142 | 169804 | Cocaine HCl | 73 | % | — | 729.9 gm | 999.7 gm |

| 34. ANALYST (Signature) Daniel M. Roesch | 35. TITLE Forensic Chemist | 36. DATE COMPLETED 10/21/03 |
|---|---|---|
| 37. APPROVED BY (Signature & Date) William F. P... 1-12-03 | 38. TITLE Laboratory Director | 39. LAB LOCATION Vista, CA |

DEA Form - 7 (Sept 1995)   Previous edition dated 4/90 may be used until stock is exhausted.   NOV 12 2003   Hqs. File (PINK)

G04192

**U.S. Department of Justice**
**Drug Enforcement Administration**

T06448    T06449    T06450

REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | 2a. FILE NO | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|
| ☐ Purchase ☒ Seizure ☐ Free Sample ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) ☐ Internal Body Carry ☐ Other (Specify) | | 166E-LA-228163 | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Los Angeles, CA/U.S.A. | 06/26/2003 | PUEBLO BISHOPS STREET GANG; ITAR - VCMO; OO:LOS ANGELES |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO |
|---|---|---|---|
| FBI | ☒ Case No. OR ☐ Seizure No. 166E-LA-228163 | 08/07/2003 | |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 97 | | Cocaine | One (1) plastic baggie containing an off-white, powdery substance. | | 68.7 grams | |
| 99 | | Cocaine | Two (2) plastic baggies containing a white, powdery sbustance. | | 135.4 grams | |
| 139 | | Cocaine | One (1) rectangular brick of white, powdery substance wrapped in plastic. | | 1087.4 grams | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ? ☒ NO (included above) ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:

17. SUBMITTED BY SPECIAL AGENT (Signature)    SA ERIC MAYO
18. APPROVED BY (Signature & Title)    SSA LESLIE GARDNER

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and Title |
|---|---|---|
| 3 | FX 843138672143 | |

| 22. SEAL | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and Title |
|---|---|---|
| ☐ Broken ☒ Unbroken | ETS REDD ng 9/22/03 | ETS REDDID |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

169799
169800
169801

| Ex. #97 | A Ex. #99 B | Ex. #139 |
|---|---|---|
| Gross Wt.: 68.2 gm | 133.9 gm | 1088 gm |
| Net Wt.: 2.7 gm | 42.2 gm    2.0 gm | 1002 gm |
| Contains: Heroin HCl | Cocaine base    Heroin HCl | Cocaine HCl |
| One (1) gm removed for special program. (Ex. 97) | Procaine (salt undetermined) | Procaine HCl |

Fingerprint evidence forwarded to FBI for fingerprint exam. (Ex. # 97,99A/B, 139)

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 97 | 169799 | Heroin HCl | 90 | % | — | 2.4 gm | 1.6 gm |
| 99A | 169800 | Cocaine base | 83 | % | — | 35.0 gm | 41.9 gm |
| 99B | 169800 | Heroin HCl | 92 | % | — | 1.8 gm | 1.8 gm |
| 139 | 169801 | Cocaine HCl | 80 | % | — | 801.6 gm | 1001 g |

| 34. ANALYST (Signature) Daniel M. Roesch | 35. TITLE Forensic Chemist | 36. DATE COMPLETED 10/22/03 |
|---|---|---|
| 37. APPROVED BY (Signature & Date) William I. Phillips  11-12-03 | 38. TITLE Laboratory Director | 39. LAB. LOCATION Vista, CA |

DEA Form - 7 (Sept. 1995)    Previous edition dated 4/90 may be used until stock is exhausted    NOV 12 2003 - Hqs. File (PINK)

**U.S. Department of Justice / Drug Enforcement Administration**
**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

T06445 T06446 T06447

1. HOW OBTAINED: [X] Seizure
2a. FILE NO.: 166E-LA-228163
4a. WHERE OBTAINED: Los Angeles, CA/U.S.A.
4b. DATE OBTAINED: 06/26/2003
5. FILE TITLE: PUEBLO BISHOPS STREET GANG; ITAR - VCMO; OO: LOS ANGELES
6a. REFERRING AGENCY: FBI
6b. REFERRAL: [X] Case No. 166E-LA-228163
7. DATE PREPARED: 08/07/2003

| Exhibit No. | Alleged Drugs | Marks or Labels | Submitted |
|---|---|---|---|
| 104 | Cocaine | Eight (8) baggies containing a white, rocky substance. | 143.10 grams |
| 105 | Cocaine | One (1) baggie containing a clear, white rocky substance. | 80.90 grams |
| 107 | Cocaine | One (1) baggie containing a clear, white rocky substance. | 79.30 grams |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? [X] NO (included above)

17. SUBMITTED BY SPECIAL AGENT: SA ERIC MAYO
18. APPROVED BY: SSA LESLIE GARDNER

**LABORATORY EVIDENCE RECEIPT REPORT**

19. NO. PACKAGES: 3
22. SEAL: [X] Unbroken

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

169796
169797
169798

| | Ex. #104 | Ex. #105 | Ex. #107 |
|---|---|---|---|
| Gross Wt.: | 139.4 gm | 80.9 gm | 78.2 gm |
| Net Wt.: | 49.2 gm | 77 mg | 3.8 gm |
| Contains: | Cocaine base and Procaine (salt undetermined) | Cocaine base and Procaine (salt undetermined) | Cocaine base and Procaine (salt undetermined) |

Fingerprint evidence forwarded to FBI for fingerprint exam. (Ex. #104, 105, 107)

| Exhibit No. | Lab No. | Active Drug Ingredient | Strength | Measure | Unit | Amt. of Pure Drug | Reserve |
|---|---|---|---|---|---|---|---|
| 104 | 169796 | Cocaine base | 62 | % | — | 30.5 gm | 48.9 gm |
| 105 | 169797 | Cocaine base | N/A | | | | 29 mg |
| 107 | 169798 | Cocaine base | 79 | % | — | 3.0 gm | 3.6 gm |

34. ANALYST: Daniel M. Roesch
35. TITLE: Forensic Chemist
36. DATE COMPLETED: 10/09/03
37. APPROVED BY: William F. Phillips 10-22-03
38. TITLE: Laboratory Director
39. LAB. LOCATION: Vista, CA

OCT 31 2003

DEA Form - 7 (Sept. 1995)

004192

## DRUG SEIZURE CHART/ANALYSIS CHART

| DATE/LOCATION | EVIDENCE # | ANALYSIS | CHEMIST |
|---|---|---|---|
| 10/30/02 - John Edward's Residence search warrant | 21 | 165.9 grams cocaine base | Skinner |
| | | .056 grams cocaine HCL | |
| | | 13.5 grams cocaine base | Skinner |
| | 22 | 993 grams cocaine HCL | |
| | | | Skinner |
| 12/3/02 - Charlotte Jackson controlled purchase | 13 | 991.5 grams cocaine HCL | Skinner |
| | 14 | .13 grams cocaine base | |
| 12/4/02 - Andre Johnson arrest | 15 | 4.6 grams cocaine base | Skinner |
| | 16 | .027 grams cocaine base | |
| 1/22/03 - (date 10/30/02 wrong on report) Demetrius Grant Residence search warrant | 23 | 14.1 grams of cocaine base | Skinner |
| | | .78 grams of cocaine base | |
| | | 6.1 grams of cocaine base | |

1

| Date / Event | # | Amount | Officer |
|---|---|---|---|
| 1/28/03 - Michael Jefferson Residence seizure | 60 | 6.0 grms cocaine base | Skinner |
|  |  | 2.6 grams cocaine base |  |
|  |  | .055 grams cocaine base |  |
| 3/14/03 - Michael Jefferson Residence arrest | J293070 | 3.24 grams cocaine base | Phillips |
| 4/9/03 - Tawana Edwards controlled purchase | 45 | 53.5 grams cocaine base | Skinner |
| 6/26/03 - John Edwards's Residence search warrant | 113 | 611.5 grams cocaine base | Roesch |
|  | 123 | .23 grams cocaine base |  |
| 6/26/03 - Juan Emanuel Lococo's search warrant | 144 | 995.2 grams cocaine HCL | Roesch |
|  | 146 | 249.5 grams cocaine HCL / 22.1 grams cocaine base |  |
|  | 140 | 1004 grams cocaine HCL |  |
|  | 141 | 996.9 grams cocaine HCL |  |
|  | 142 | 999.9 grams cocaine HCL |  |
|  | 99 | 42.2 grams cocaine base |  |
|  | 139 | 1002 grams cocaine HCL |  |

2

| 6/26/03 - Charlotte Jackson's Residence search warrant | 104 | 49.2 grams cocaine base | Roesch |
| --- | --- | --- | --- |
| | 105 | 77 mg cocaine base | |
| | 107 | 3.8 grams cocaine base | |
| | | | |