# EXHIBIT C

DECLARATION OF JENNIFER A. CORBET

I, Jennifer A. Corbet, declare as follows:

1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in United States v. Juan Emanuel Lococo, CR 03-687-RGK and CR 03-689-RGK.

2.   Attached to this declaration are copies of two reports by agents of the FBI regarding events that took place on June 26, 2003.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 22nd day of September 2008, at Los Angeles, California.

JENNIFER A. CORBET

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription __06/27/2003__

On June 26, 2003, an arrest warrant and a search warrant were executed for Juan Emanuel Lococo at 1307 East 43rd Place, Los Angeles, California.

Participating in the search of the above-mentioned residence were the following Special Agents (SAs) of the Federal Bureau of Investigation: Tiburcio Aguilar, Kenneth Gould, Laughn Rowe, Rodrigo Vargas, Earl Miranda, and Rudolph Dieguez.

At approximately 6:00 a.m., the FBI Swat team made entry into the residence and took Juan Emanuel Lococo into custody. Diana Perez Lococo, DOB 10/17/72, and the following children were also in the residence: Jennifer Lococo, Dianne Lococo, Dylan Lococo, and Alfred Padilla.

At approximately 6:20 a.m., control of the residence was handed to the searching agents.  The purpose of the agents presence was explained to Juan Emanuel Lococo and Diana Lococo in Spanish and English by SA Aguilar and a copy of the search warrant was provided.

At approximately 6:45 a.m., Los Angeles Sheriff Deputy Sergio Aloma, employee number 263553, ran his narcotic dog, ARCHIE, through the house.  Deputy Aloma stated that ARCHIE made a hit on the file cabinet located in the dining room.  The bottom drawer of the file cabinet contained five (5) brick size packages and two plastic baggies of a substance which appeared to be cocaine.

At approximately 7:00 a.m., entry photos of the residence were taken by SA Rowe.

At approximately 7:20 a.m., the search of the location was initiated.  During the search a safe was located in the bedroom of the residence.  Juan Emanuel Lococo was asked by SA Miranda if he had the combination to the safe.  Lococo stated that he could not remember the combination but if he was allowed into the bedroom he might be able to recall the combination.  SA Miranda escorted Lococo into the bedroom and Lococo provided the combination to the

Investigation on __06/26/2003__ at __Los Angeles, CA__

File # __166E-LA-228163-302__    Date dictated _____

by __SA Tiburcio Aguilar:ta__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)


166E-LA-228163-302


Continuation of FD-302 of ___Search 1307 East 43rd Place_____. On _06/26/2003__ . Page ___2__


safe.   The safe contained four plastic baggies of a substance that
resembled cocaine, along with U.S. and Mexican currency.

        At approximately 7:30 a.m., Juan Emanuel Lococo signed a
Consent to Search form (FD-26) for a black Ford SUV California
license number 4ZSE824 and a black Dodge pick-up California license
number 7D35312.   Juan Emanuel Lococo also signed an FD-395 (Advice
of Rights Form).   Lococo was transported to the Federal Building at
11000 Wilshire Boulevard, Los Angeles, by SAs Miranda and Dieguez.


        At approximately 7:50 a.m., Virginia Lococo, DOB
03/03/69, 753 Vendergriff Ln, Pomona, CA  91766, was given custody
of Dylan Lococo.   Dylan Lococo was visiting his father, Juan
Emanuel Lococo.   Dylan Lococo resides in Pomona with Virginia
Lococo, Dylan's aunt, and Nadine Jimenez, Dylan's mother.

        During the search, a one gallon container of Acetone and
a plastic container labeled Procaine Hydrochloride were found in
the residence.   Diana Lococo was asked in Spanish what both of
these chemicals were used for.   Lococo stated that the chemicals
were used to cut the cocaine.   Diana Lococo stated that neither her
nor the children were present when these chemicals were used.

        At approximately 11:30 a.m., the search was terminated.
SAs Aguilar and SA Vargas did a walk through of the residence with
Diana Lococo and reviewed the property that was being seized.   The
following U.S. currency was counted by Diana Lococo and SA Vargas:
$377 that was found in a pair of pants located in the bedroom, $112
found in a safe.   No currency was seized.   Diana Lococo took
possession of the currency.   A copy of the FD-597 (Receipt for
Property Form) was given to Diana Lococo.

        At approximately 11:35 a.m., exit photos were taken by SA
Rowe.

        SA Gould prepared a diagram of the search site and
prepared the evidence recovery log.   SA Vargas maintained the photo
log.

        Submitted in a 1A envelope are the following: photograph
logs, sketch of premises, FD-886 (Evidence Recovery Log), FD-597,
FD-395 and FD-26.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/08/2003

On 06/26/2003 at approximately 7:30 a.m., Federal Bureau of Investigation (FBI) Special Agents (SAs) Rudolph Diéguez and Earl Miranda transported prisoner Juan Emanuel Lococo from his residence at 1307 East 43rd Place, Los Angeles, California, to the Federal Building located at 11000 Wilshire Boulevard, Los Angeles, California.

Prior to leaving his residence, Lococo waived his rights by reading, understanding and signing the FD-395 (Advice of Rights) Form.

After arriving at the Federal Building, Lococo stated he had five (5) kilograms of cocaine in his residence and paid $13,800.00 per kilogram.  After making this statement, Lococo refused to speak any further with SAs Diéguez and Miranda.

SAs Diéguez and Miranda relinquished custody of Lococo to the US Marshal's Service at approximately 12:00 p.m.

---

Investigation on    06/26/2003    at Los Angeles, California

File #  166E-LA-228163-302                              Date dictated   Not Dictated

by    SA Earl Miranda, SA Rudolph Diéguez: rd

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.